SEAN WATKINS
MELINDA WATKINS
368 Jolly January Ave.
Las Vegas, NV 89183
Tel: (702) 837-6631
Pro Se

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

SEAN WATKINS AND, )
MELINDA WATKINS, )
                          )
       Plaintiffs,         )    2:11-CV-01194-GMN-LRL
                          )
vs.                        )
                          )
BANK OF AMERICA; )
AND JOHN DOES (Investors) 1-10, et, al. )
                          )
      Defendants.       )
_____/ )

## VOLUNTARY DISMISSAL OF PLAINTIFFS' COMPLAINT WITH PREJUDICE, AND RELEASE AND EXPUNGEMENT OF LIS PENDENS

COME NOW, Plaintiffs SEAN WATKINS, and MELINDA WATKINS (hereinafter collectively referred to as "Plaintiffs") who hereby file the foregoing Voluntarily Dismissal of Plaintiffs' Complain with Prejudice, and Release and Expungement of Lis Pendens (hereinafter "Dismissal"). Plaintiffs' hereby plead as follows:

1. That this matter, including any and all claims that were asserted or that could have been asserted by the Plaintiffs against defendants, or other third parties identified herein as "JOHN DOES (Investors) 1-10, et, al," including, but not limited to Resources Group, LLC., their agents, servants, employees, representatives, predecessors, successors, heirs, executors, officers, directors, attorneys, administrators, affiliates parent corporations, subsidiary corporations and entities, and assigns, SHALL BE DISMISSED WITH PREJUDICE;

///

2. That Plaintiffs' Lis Pendens recorded on the 22nd day of July, 2011 in Clark County, Nevada, as Instrument No. 201107220005158 and filed with the court on even-date therewith shall be RELEASED and EXPUNGED in its entirety and shall be of no further force or effect;

3. That Plaintiffs' "Ex Parte Application for Temporary Restraining Order to Estop the Defendant from Selling, Transfering, Foreclosing, and/or Otherwise Taking Plaintiff's Real Property" recorded on the 22nd day of July, 2011 in Clark County, Nevada, as Instrument No. 201107220005156 and filed with the court on even-date therewith shall be RELEASED and EXPUNGED in its entirety and shall be of no further force or effect;

DATED this 31st day AUGUST, 2011.

_____
SEAN WATKINS

DATED this 31st day AUGUST, 2011.

_____
MELINDA WATKINS

STATE OF NEVADA )
                ) ss.
COUNTY OF CLARK )

This instrument was acknowledged before me on the 31 day of AUGUST, 2011, by SEAN WATKINS, and MELINDA WATKINS.

_____
NOTARY PUBLIC  Krysta Sitko

My Commission Expires 4/12/12

KRYSTA SITKO
Notary Public State of Nevada
No. 04-88388-1
My appt. exp. April 12, 2012

///

///

## ORDER

Based on the above and foregoing Voluntary Dismissal of Plaintiffs' Complaint with Prejudice, and Release and Expungement of Lis Pendens, IT IS HEREBY ORDERED as follows:

1. That this matter, including any and all claims that were asserted or that could have been asserted by the Plaintiffs against defendants, or other third parties identified herein as "JOHN DOES (Investors) 1-10, et, al," including, but not limited to Resources Group, LLC., their agents, servants, employees, representatives, predecessors, successors, heirs, executors, officers, directors, attorneys, administrators, affiliates parent corporations, subsidiary corporations and entities, and assigns, is hereby DISMISSED WITH PREJUDICE;

2. That Plaintiffs' Lis Pendens recorded on the 22nd day of July, 2011 in Clark County, Nevada, as Instrument No. 201107220005158 and filed with the court on even-date therewith is hereby RELEASED and EXPUNGED in its entirety and shall be of no further force or effect;

3. That Plaintiffs' "Ex Parte Application for Temporary Restraining Order to Estop the Defendant from Selling, Transfering, Foreclosing, and/or Otherwise Taking Plaintiff's Real Property" recorded on the 22nd day of July, 2011 in Clark County, Nevada, as Instrument No. 201107220005156 and filed with the court on even-date therewith is hereby RELEASED and EXPUNGED in its entirety and shall be of no further force or effect.

**IT IS SO ORDERED** this 2nd day of September, 2011.

_____
Gloria M. Navarro
United States District Judge